SERVICE TRUCKING CO., INC. *v.*
UNITED STATES ET AL.

No. 422.  Decided October 25, 1965.

*Francis W. McInerny* and *Robert G. Miller* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Robert B. Hummel, Robert W. Ginnane* and *Betty Jo Christian* for the United States et al.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

KELLER *v.* CALIFORNIA.

No. 522, Misc.  Decided October 25, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.